478 A.2d 86

Shames, Inc. v. M & B Tavern, Inc., et al., Appellants.

Argued March 15, 1984. E. Chandler Hosmer, III, for appellant; Andrea B. Paul, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.

478 A.2d 86

Slayman, et al., Appellants, v. Glad Tidings Tabernacle.

Argued April 10, 1984. Mary Bower, for appellants; Robert L. Webster, for appellees.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.